IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| **CHRISTOPHER M. YOUNG** | ) | Case No. 15-CV-11596 |
| Plaintiff | ) | |
| | ) | Honorable: Judge Edmond E. Chang |
| V. | ) | |
| | ) | Magistrate: Judge Geraldine Soat Brown |
| **CITY OF HARVEY and DENARD** | | |
| **EAVES, individually and in his** | | |
| **Official capacity,** | | |
| Defendants | | |

## PLAINTIFF'S MOTION TO REINSTATE CASE, ENFORCE TERMS OF SETTLEMENT AGREEMENT AND ENTER JUDGEMENT AGAINST THE DEFENDANTS

Pursuant to 735 ILCS 5/2-2301, and with notice being given, Plaintiff (Christopher M. Young) seeks to have the settlement agreement for the above case **YOUNG V. CITY of HARVEY and DENARD EAVES,** enforced, and judgement entered against Defendants.

1. This case was filed on December 23, 2015, by the Plaintiff, and an agreed order of dismissal was granted based on settlement agreement reached by both parties on June 28, 2017.

2. The agreed settlement was signed, dated, and entered on June, 28, 2017. Defendants agreed to pay the sum of $15,000.00 to Plaintiff, the case was ordered "Dismissed with

Prejudice", and the date of August 28, 2017 was advised as the final date to reinstate the case.

3. On 08/22/2017, the Court granted an extension on time to resolve this matter, and the case remained dismissed without prejudice and with full leave to reinstate via motion filed by 09/29/2017.

4. On 09/29/2017, Plaintiff filed a motion to reinstate case and enforce settlement agreement with this Court, due to non-compliance of the Courts previous extension.

5. On 10/10/2017, the Court granted a second extension on time to meet the terms of the Settlement Agreement, and advised the Defendants to have the terms of the Settlement Agreement resolved by 10/30/2017.

6. On 11/01/2017, Defendant's counsel tendered a check to Plaintiff, for the agreed settlement amount, with a *two-party bank check* made payable to Plaintiff as well as a *non-party individual.*

7. On 11/03/2017, in light of the history of the settlement enforcement, and to ensure the validity of the settlement, the Court ordered this case to remain "dismissed without prejudice", with leave to reinstate by 12/04/2017.

8. As of today's date, 11/03/2017, by tendering a check that is non-payable to the Plaintiff, non-compliant with the settlement agreement, the Defendants have failed to meet the obligations of the settlement agreement.

    **9.** Due to the Defendants breach of the Settlement Agreement, Plaintiff therefore requests the following immediate relief: Judgement is entered against Defendants in the amount

of the settlement Agreement; including $1,350.00 interest accrued 9%, as of date.

## ANALYSIS

**I. THE COURT SHOULD ENTER JUDGEMENT AGAINST DEFENDANTS AND IN FAVOR OF THE PLAINTIFF FOR AMOUNT OF THE SETTLEMENT AGREEMENT.**

Defendants have not complied with a tendered Settlement Agreement to pay the Plaintiff the sum of $15,000.00, after the granting of time extensions from the Court.

**II. THE COURT SHOULD IMPOSE SANCTIONS FOR THE EXTRAORDINARY DELAY.**

When both parties agreed on a settlement figure, they agreed that payment would be made within a reasonable time. As of date, it has been over (71) working days since an agreement was reached in this case. Non-compliance causing an extremely lengthy delay is inexcusable, and any further delay should not be allowed.

Therefore Plaintiff requests the following:

**(1)** $ 250.00 per day after the settlement agreement 30 allowed time period of 07/30/2017.

**(2)** $250.00 for each day that the settlement agreement sum is not paid, after the filing of this Motion.

**III. THE COURT SHOULD AWARD ATTORNEY'S FEES.**

The court should also award attorney's fees for again having to bring this motion. Attorney's fees may be awarded as a sanction for dilatory conduct. See 28 U.S.C. § 1927. In this case, Plaintiff has filed motion to reinstate on two occasions, along with the present motion, and therefore requests that Judgement be entered in favor of Plaintiff and against the Defendants, in the amount of $1,800.00, to include all fees incurred in preparation and presentment of motions since August 28, 2017.

## CONCLUSION

Plaintiff, Christopher M. Young, Pro Se, specifically request that the Court will:

**A.** Enter Judgement in favor of Plaintiff and against Defendants for the amount of the Settlement Agreement, $15,000.00, including $1,350.00 in accrued interest.

**B.** Enter Judgement in favor of Plaintiff and against Defendants to include $1,800.00 in fees incurred to prepare and present motions to enforce, and enter judgement.

**C.** Sanction Defendants for the extraordinary delay caused by non-compliance in an amount deemed just by the Court.

Date: 11/03/2017

Respectfully,

*[signature]*

*Pro Se*, for Plaintiff

Christopher M. Young

2946 Bob O Link Rd.

Flossmoor, IL 60422

cmyvette67@yahoo.com

(773)474-4026